# United States District Court
# For the District of Columbia

FILED

DEC 0 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

Citizens for Responsibility and Ethics in Washington )
)
) Plaintiff
vs )
)
U.S. Department of Interior )
)
) Defendant

CASE NUMBER 1:05CV02339

JUDGE: Reggie B. Walton

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/07/2005

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for <u>Citizens for Responsibility and Ethics in Washington</u> certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>Citizens for Responsibility and Ethics in Washington</u> which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

<u>434584</u>
BAR IDENTIFICATION NO.

MELANIE SLOAN
Print Name

11 Dupont Circle, N.W., 2nd Floor
Address

Washington, D.C. 20036
City        State        Zip Code

202-588-5565
Phone Number