UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF THE INTERIOR,  )<br>)<br>Defendant.  )<br>) | Civ. No. 1:05CV02339<br>(Judge Walton) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant United States Department of the Interior ("DOI"), hereby moves for a thirty (30) day extension of time, up to and including February 8, 2006, within which to answer or otherwise respond to the complaint filed in this action. In support of this motion, Defendant states as follows:

1. On December 7, 2005, Plaintiff filed the complaint in the above-captioned matter.

2. Pursuant to the provisions of Fed. R. Civ. P. 12(a) and 5 U.S.C. §552(a)(4)(C), Defendant has a period of thirty (30) days after service upon the United States Attorney in which to respond or otherwise answer the complaint, or through and including January 9, 2006.

3. Because of the holiday season, in addition to the regular delays attendant in the agency routing process, the undersigned counsel, who is now responsible for the case, did not receive the assignment until January 9, 2006, the same day the answer was due to be filed. While the undersigned counsel is aware of this Court's rule that extensions must be sought no later than four (4) days prior to the filing date, counsel was unable to move this Court before

today. Accordingly, the undersigned counsel for the DOI requires an extension of time, to and including February 8, 2006 to respond to Plaintiff's complaint.

    4. Pursuant to Local Rule 7.1(m), counsel for the Defendant attempted to confer with Plaintiff's counsel on January 9, 2006 by leaving a telephone message, but received no response.

    WHEREFORE, Defendant respectfully requests that the Court grant the requested motion for extension of time and allow Defendant until February 8, 2006 to respond to Plaintiff's complaint.

Dated: January 9, 2006                    Respectfully Submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          KENNETH L. WAINSTEIN
                                          United States Attorney
                                          for the District of Columbia

                                          /s/_____
                                          ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                                          SIOBHAN K. MADISON
                                          United States Department of Justice
                                          Civil Division
                                          Federal Programs Branch
                                          20 Massachusetts Ave., N.W. Room 7223
                                          Washington, D.C. 20001
                                          (202) 353-2646
                                          *Attorneys for Defendant*