UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE INTERIOR, )<br>)<br>Defendant. ) | Civ. No. 1:05CV02339<br>(Judge Walton) |

## ORDER

The Court, having considered Defendant's Motion for Extension of Time To Respond To Complaint, and the grounds for the motion, hereby ORDERS that:

Defendant's Motion is GRANTED; and it is further ORDERED that:

Defendant shall have until February 8, 2006 to respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

_____
Reggie B. Walton
United States District Judge