# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 05-02339<br>)     (Judge Walton)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

COME NOW the undersigned counsel and enter their appearance as counsel of record for Defendant United States Department of the Interior in the above-captioned case. All service, correspondence, and notices should be directed to Siobhan Madison at the fax number and/or addresses set forth below:

| **Address for U.S. Mail** | **Address for Overnight Mail and Hand Delivery** |
|---|---|
| Siobhan Madison<br>Trial Attorney, Civil Division<br>U.S. Department of Justice<br>P.O. Box 883<br>Washington, D.C. 20044 | Siobhan Madison<br>Trial Attorney, Civil Division<br>U.S. Department of Justice<br>20 Massachusetts Ave., N.W., Room 7223<br>Washington, D.C. 20001 |

Tel: (202) 353-2646
Fax: (202) 616-8470
E-Mail: Siobhan.Madison@usdoj.gov

Please be advised that due to continuing delays associated with incoming U.S. Mail at government locations, correspondence by fax, overnight mail or hand delivery is preferred.

Dated: February 8, 2006               Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

__/s/_____
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
SIOBHAN K. MADISON
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7223
Washington, D.C. 20001
(202) 353-2646
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 8th day of February 2006 I caused a copy of the foregoing Notice of Appearance to be filed electronically and that the document is available for viewing and downloading from the ECF system.

_____
Siobhan Madison