IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>        Defendant. | Civil Action No. 05-02339<br>(Judge Walton) |

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE THAT Hannah Y.S. Chanoine will appear in this action as lead counsel for defendant the United States Department of the Interior, replacing Siobhan K. Madison. All service, correspondence, and notices should be directed to Ms. Chanoine at the email, fax number and/or addresses set forth below. Please be advised that due to continuing delays associated with incoming U.S. Mail at government locations, correspondence by email, fax, overnight mail or hand delivery is preferred.

| **Address for U.S. Mail** | **Address for Overnight Mail and Hand Delivery** |
|---|---|
| Hannah Y.S. Chanoine<br>Trial Attorney, Civil Division<br>U.S. Department of Justice<br>P.O. Box 883<br>Washington, D.C. 20044<br><br>Tel: (202) 305-2318<br>Fax: (202) 616-8202 | Hannah Y.S. Chanoine<br>Trial Attorney, Civil Division<br>U.S. Department of Justice<br>20 Massachusetts Ave., N.W., Room 7340<br>Washington, D.C. 20001<br><br>E-Mail: hannah.chanoine@usdoj.gov |

Dated:  March 1, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

__/s/_____
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
HANNAH Y.S. CHANOINE
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7340
Washington, D.C. 20001
(202) 305-2318
*Attorneys for Defendant*