**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-02339 (RBW)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") has a new address and telephone number. All service, correspondence, and notices in this action should be directed to:

> Anne L. Weismann
> Citizens for Responsibility and Ethics in Washington
> 1400 Eye Street, N.W.
> Suite 450
> Washington, D.C. 20005
> Telephone: (202) 408-5565, ext. 108
> Fax: (202) 588-5020
> E-Mail: Aweismann@citizensforethics.org

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　Anne L. Weismann
　　　　　　　　　　　　　　　　(D.C. Bar No. 298190)
　　　　　　　　　　　　　　　　Melanie Sloan
　　　　　　　　　　　　　　　　(D.C. Bar No. 434584)
　　　　　　　　　　　　　　　　Citizens for Responsibility and
　　　　　　　　　　　　　　　　　Ethics in Washington

                                            1400 Eye Street, N.W.
                                            Suite 450
                                            Washington, D.C.  20005
                                            Phone: (202) 5408-5565
                                            Fax: (202) 588-5020

                                            Attorneys for Plaintiff

Dated: March 15, 2006