UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-02339 (RBW)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT MOTION TO SET A BRIEFING SCHEDULE
ON DISPOSITIVE MOTIONS AND SUPPORTING MEMORANDUM**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant Department of Interior ("Interior"), by and through undersigned counsel, hereby jointly move that the Court set a briefing schedule, as proposed by the parties, on dispositive motions.

For that briefing schedule, the parties request (1) that defendant Interior be given up to and including April 21, 2006, in which to file a dispositive motion; (2) that plaintiff CREW be given up to and including May 19, 2006, in which to file its opposition to defendant's motion and any cross-motion for summary judgment; (3) that defendant be given up to and including June 16, 2006, to file its reply and any opposition to plaintiff's motion; and (4) that plaintiff be given up to and including July 3, 2006 to file a reply to any cross-motion for summary judgment.

This schedule is based on consultation between the parties, taking into account the parties' other obligations, and will facilitate an expeditious resolution of this matter.

## CONCLUSION

For the foregoing reasons, the parties jointly request that the Court enter the attached proposed Order.

Respectfully submitted,

March , 2006
              /s/
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and
 Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C. 20005
Phone: (202) 5408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

      /s/
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
HANNAH Y.S. CHANOINE
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7340
Washington, D.C. 20001
(202) 305-2318

Attorneys for Defendant