UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
11 Dupont Circle, N.W.
Washington, D.C. 20036

       Plaintiff,

       v.                            Civil Action No. 05-02339 (RBW)

U.S. DEPARTMENT OF INTERIOR
1849 C Street, N.W.
Washington, D.C. 20240

       Defendant.

## (Proposed) ORDER ON JOINT MOTION TO SET A BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS

Having considered the Parties' Joint Proposed Briefing Schedule, it is hereby ORDERED that:

Defendant shall file its dispositive motion by April 21, 2006;

Plaintiff shall file is opposition and any cross-motion for summary judgment by May 19, 2006;

Defendant shall file its reply and any opposition to plaintiff's motion by June 16, 2006;

and Plaintiff shall file a reply to any cross-motion by July 3, 2006.

SO ORDERED on this _____ day of _____, 2006

_____
REGGIE B. WALTON
United States District Judge