IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-02339 (RBW) |

**[DEFENDANT'S PROPOSED]**
**ORDER GRANTING PARTIAL JUDGMENT ON THE PLEADINGS AND PARTIAL SUMMARY JUDGMENT**

The defendant Department of the Interior has moved for partial judgment on the pleadings and partial summary judgment in this action pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure.

Upon consideration of defendant's motion and of all materials submitted in relation to the motion, IT IS HEREBY ORDERED that —

Defendant's motion be, and it hereby is, GRANTED; and

This action is hereby DISMISSED WITH PREJUDICE.

Dated: _____ 2006          _____
                                                                                          THE HONORABLE REGGIE B. WALTON