# APPENDIX

# Table Summarizing CREW FOIA Requests and OS and BIA Responses

## Summary of Plaintiff's FOIA Requests and Defendant's Responses

| | Request Date | Requested of | Response Date(s) | Response Source | Response Content |
|---|---|---|---|---|---|
| First Request | March 18, 2005 (Pl. Ex. T) | Ms. Sue Ellen Sloca, OS | March 21, 2005 (Pl. Ex. U) | OS FOIA Officer: Sue Ellen Sloca, OS | First partial response: 218 documents (5038 pages) |
| | | | April 12, 2005 (Pl. Ex. V) | OS FOIA Officer: Sue Ellen Sloca, OS | Second partial response: indexes generated from searches of the Secretary's Automated Correspondence Indexing System |
| | | | April 27, 2005 (Pl. Ex. W) | OS FOIA Officer: Sue Ellen Sloca, OS | Third, final response: 18 documents (630 pages) |
| Second Request | April 5, 2005 (Pl. Ex. X) | Ms. Linda Thomas, Office of the Secretary | August 24, 2005 (Thomas Dec., Ex. F) | OS FOIA Officer: Sue Ellen Sloca, OS | Final response: 11 documents (54 pages) |
| | | | July 29, 2005 (Chism Dec. (Ex. B); Pl. Ex. Y) | BIA FOIA Officer: Willie S. Chism, Office of Information Policy | Final Response: No responsive electronic documents |
| Third Request | April 21, 2005 (Pl. Ex. DD) | Willie Chism, BIA Office of Information and Policy | July 29, 2005 (Chism Dec. (Ex. D)) | BIA FOIA Officer: Willie S. Chism, Office of Information Policy | Request for additional clarification: no action on FOIA request pending response from CREW |
| Fourth Request | September 26, 2005 (Pl. Ex. Z) | Linda Thomas, OS | September 27, 2005 (Pl. Ex. AA) | OS FOIA Officer: Sue Ellen Sloca, OS | Final Response: 146 documents (659 pages) |
| | | | April 19, 2006 | OS FOIA Officer: Sue Ellen Sloca, OS | Amended Final Response: 234 documents (1575 pages) |