# DEFENDANT'S
# EXHIBIT 002

## Declaration of
## Willie S. Chism

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, <br><br> Defendant. | Case No. 1: 05CV02339 <br><br> (Judge Walton) |

DECLARATION OF WILLIE S. CHISM

I, Willie S. Chism, hereby declare as follows:

1. Beginning in approximately 1999 and until April 14, 2006, I was the Freedom of Information Act (FOIA) Officer for the Office of Information Policy in the Office of the Deputy Assistant Secretary Information Resources/Chief Information Officer under the Assistant Secretary – Indian Affairs (AS-IA) at the United States Department of the Interior (Department). In the organizational structure of the Department, the Bureau of Indian Affairs (BIA) is under the umbrella of the AS-IA.

2. On or about April 5, 2005, I received a FOIA request from Ms. Anne Weismann at an organization called the Citizens for Responsibility and Ethics in Washington. Attached hereto as Exhibit A is a true and correct copy of that request.

3. On July 29, 2005, I issued a response to the request that had been prepared for me by Thomas Hartman in the Office of Indian Gaming Management, which is another

office located within the Office of the AS-IA. A true and correct copy of the file copy of the response that I issue is attached hereto as Exhibit B.

4. On or about April 21, 2005, I received another FOIA request from Ms. Weismann. A true and correct copy of that requests is attached hereto as Exhibit C.

5. On July 29, 2005, I issued a response to that request, which had been prepared for me by Mr. Hartman. A true and correct copy of the file copy of that response is attached hereto as Exhibit D.

6. All of the information set forth in this declaration is based upon my personal knowledge or upon information furnished to me in my official capacity.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of April 2006.

*Willie J. Chisim* (signature)

Willie S. Chism

2



# CREW | citizens for responsibility and ethics in washington

April 5, 2005

By Email

Ms. Linda Thomas
Office of the Secretary
Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
email: osfoia@nbc.gov

Re: FOIA Request OS-2005-00296

Dear Ms. Thomas:

On March 18, 2005, Citizens for Responsibility and Ethics in Washington ("CREW") filed a Freedom of Information Act ("FOIA") request with the Department of the Interior (Request OS-2005-00296) seeking records, regardless of format and including electronic records and information, relating to the following:

[A]ny contact, dating from January 1, 2001, to the present, that any office of the Department of the Interior may have had, including any and all field offices, with Jack Abramoff, any employee of the firm Greenberg Traurig, any employee of the firm Preston Gates, Michael Scanlon, any officer or employee of Capitol Campaign Strategies, James Dobson, Ralph Reed, Scott Reed, Italia Federeci, any officer or employee of the Council of Republicans for Environmental Advocacy, any officer or employee of the National Center of Public Policy Research, Grover Norquist, any officer or employee of Americans for Tax Reform, General Services Administration Chief of Staff David Safavian, Congressman Robert Ney, any employee in the office of Congressman Ney, Congressman Tom DeLay, any employee in the office of Congressman Tom DeLay or in the office of the Majority Leader, Speaker of the House Dennis Hastert, any employee in the office of Congressman Hastert or in the office of the Speaker of the House, Senator Conrad Burns, any employee in the office of Senator Burns, concerning any matter within the jurisdiction of the Bureau of Indian Affairs.

CREW's March 18, 2005 FOIA request also sought:

[A]ny records, dating from January 1, 2001, to the present, from any office

11 Dupont Circle, N.W., 2nd Floor · Washington, D.C. 20036
(o) 202.588.5565 (c) 202.841.5096

2005-Q-373
S-0191-05

Declaration of Willie S.
Chism - Exhibit A

of the Department of the Interior, including but not limited to the Office of the Secretary, the Office of the Deputy Secretary and the Bureau of Indian Affairs regarding the Agua Caliente Tribe of Palm Spring, California, the Tigua Tribe of El Paso, Texas, the Saginaw Chippewa Tribe of Michigan, the Mississippi Band of Choctaw Indians, the Coushatta Tribe of Louisiana, and the Jena Band of Choctaw Indians.

By letter dated March 21, 2005, your office acknowledged receipt of CREW's FOIA request, and stated that you were sending CREW a partial response consisting of 218 documents. In a follow-up telephone conversation between Melanie Sloan and Sue Ellen Sloca, we were advised that the Department of the Interior ("DOI") had also produced certain travel records, and was sending some additional documents, which CREW has now received. In addition, your office stated it was searching the Secretary's Automated Correspondence Indexing system for correspondence between all the relevant parties named in CREW's FOIA request and would also provide CREW with certain additional calendar information.

In a subsequent telephone conversation, CREW also requested that DOI search electronic records for responsive information within the parameters of CREW's FOIA request. You indicated that, notwithstanding the language of our March 18, 2005 FOIA request specifying that the records we sought included electronic records, a request for such records should be considered as a new FOIA request in light of the prior discussions between our offices. While we do not agree that a new FOIA request is necessary, we are nevertheless submitting this letter outlining the additional documents we seek and ask that, if necessary, you consider this letter to constitute a FOIA request and process it accordingly. It is our understanding that even if deemed a new FOIA request, it will be combined with our March 18, 2005 FOIA request and processed simultaneously.

Specifically, CREW seeks all electronic records relating to any contact, dating from January 1, 2001, to the present, that any of the following individuals may have had with the individuals and entities outlined in our March 18, 2005 FOIA request relating to any matter within the jurisdiction of the Bureau of Indian Affairs, and all contacts the following individuals had with the six Indian Tribes listed in our request:

Secretary Gale Norton
William D. Betterberg, Director, Office of Policy Analysis
James E. Carson, Associate Deputy Secretary
Tom Fulton, Deputy Assistant Secretary, Land and Minerals Management
J. Steven Griles, former Deputy Secretary
Kit Kimball, Director, Office of External and Intergovernmental Affairs
Ann Klee, Counselor to the Secretary
Michael Rossetti, Counselor to the Secretary
Lynn Scarlett, Assistant Secretary for Policy, Management and Budget
Brian Waidmann, Chief of Staff
Sue Ellen Wooldridge, Deputy Chief of Staff

William G. Myers, III, Solicitor
Lawrence Jensen, Counsel, Office of the Solicitor
Mathew E. McKeown, Special Assistant, Office of the Solicitor
David W. Anderson, Assistant Secretary, Indian Affairs
Ross Swimmer, Special Trustee for Indian Affairs
George T. Skibine, Director, Office of Indian Gaming Management
Aurene Martin, Principal Deputy Assistant Secretary, Indian Affairs

In addition, to the extent not listed above, we seek all electronic records relating to the above-delineated contacts for the individuals who occupied the following positions in DOI's Bureau of Indian Affairs from January 1, 2001, to the present:

Director, IIT Office of American Indian Trust
Director, IAE Office of Audit and Evaluation
Deputy Director, IAE Office of Audit and Evaluation
Director, ISC Office of Self Governance
Compact Negotiation Manager, ISC Office of Self Governance
Compact Negotiation Specialist, ISC Office of Self Governance
Director, OIE Office of Indian Education Programs
Deputy Director, OIE Office of Indian Education Programs
Chief, 13 Branch of Management Information Services
Chief, 30 Division of Planning/Oversight and Evaluation
Chief, 30 Branch of Planning
Deputy Commissioner of Indian Affairs
Director, 120 Congressional and Legislative Affairs
Legislative Coordinator, 120 Congressional and Legislative Affairs
Director, 130 Indian Gaming Management Staff
Secretary, 130 Indian Gaming Management Staff
Management Analyst, 130 Indian Gaming Management Staff
Director, Office of Trust Responsibilities
Director, Office of Information Resources Management
Director, Office of Tribal Services
Secretary, Division of Tribal Government Services
Chief, Branch of Tribal Enrollment
Chief, Branch of Tribal Relations
Director, Office of Management and Administration
Director, Office of Economic Development

In addition, we request all documents, regardless of format, medium or physical characteristics, that relate in any way to a meeting Secretary Norton had on November 8, 2002, with Clint Bolick, Grover Norquist, Chip Mellor and Sue Ellen Wooldridge. Our request includes, but is not limited to, any telephone messages, voice mail messages, daily agenda and calendar information about this meeting, whether in-person or over the telephone, agendas for this meeting, minutes of this meeting, e-mail regarding this

meeting, e-mail or facsimiles sent as a result of this meeting, and any transcripts or notes of this meeting.

If it is DOJ's position that any portion of the requested records is exempt from disclosure, CREW requests that you provide it with an index of those documents as required under Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1972). Please refer to our FOIA request of March 18, 2004, for an explanation of what the Vaughn index must include.

In the event that some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. See 5 U.S.C. §552(b) ("Any reasonably segregable portions of a record shall be provided to any person requesting such records after deletion of the portions which are exempt . . ."). For a further explanation of the agency's responsibilities in this regard, please see CREW's March 18, 2005 FOIA request.

In accordance with 5 U.S.C. §552(a)(4)(A)(iii), CREW requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government and the disclosures will likely contribute to a better understanding of relevant government procedures by CREW and the general public in a significant way. Moreover, the request is primarily and fundamentally for non-commercial purposes. 5 U.S.C. §552(a)(4)(A)(iii). See, e.g., McClellan Ecological v. Carlucci, 835 F.2d 1282, 1285 (9th Cir. 1987). Specifically, these records are likely to contribute to the public's understanding of the process used by the Department of the Interior to approve tribal bids for casinos on Indian lands.

CREW is a non-profit corporation, organized under section 501(C)(3) of the Internal Revenue code. CREW is committed to the protection of the citizen's right to be aware of the activities of government officials and to ensuring the integrity of those officials. CREW is dedicated to empowering citizens to have an influential voice in government decisions and in the governmental decision-making process. CREW uses a combination of research, litigation, and advocacy to advance its mission. The release of information garnered through this request is not in CREW's financial interest. CREW will analyze the information responsive to this request, and will likely share its analysis with the public, either through memorandums, reports or press releases. Under these circumstances, CREW fully satisfies the criteria for a fee waiver.

Please respond to this request in writing within twenty (20) days as required under 5 U.S.C. §§552(a)(6)(A)(1). If all of the requested documents are not available within that time period, CREW requests that you provide it with all requested documents or portions of documents that are available within that time period.

If you have any questions about this request, or foresee problems in releasing fully the requested records within the 20-day period, please call me within that time period, at (202) 588-5565. Also, if CREW's request for a fee waiver is not granted in full, please

contact our office immediately upon making such a determination. Please send the requested documents to Melanie Sloan, Citizens for Responsibility and Ethics in Washington, 11 Dupont Circle, N.W., 2nd Floor, Washington, D.C. 20036.

Finally, we really appreciate the timeliness and professional courtesy your office has shown to date, and look forward to working with you in a continued cooperative manner.

Sincerely,

Anne L. Weismann
Staff Attorney

FOIA #06207

JUL 29 2005

Ms. Anne L. Weismann
CREW
11 Dupont Circle, NW, 2nd Floor
Washington, DC 20036

Dear Ms. Weismann:

This letter is in response to your Freedom of Information Act (FOIA) request of April 5, 2005, regarding electronic records between the Agua Caliente Tribe, Tigua Tribe, Saginaw Tribe, Mississippi Band of Choctaw Indians, Coushatta Tribe, and Jena Band of Choctaw Indians and Mr. George T. Skibine, Director, Office of Indian Gaming Management. We have reviewed our files and were unable to locate any records responsive to your request.

Under 43 CFR 2.28, you may appeal this response by writing to the Freedom of Information Act Appeals Officer, Office of Information Resources Management, U.S. Department of the Interior, MS-5312 MIB, Washington, DC 20240. Your appeal must be received no later than 30 workdays after the date of this letter or 30 workdays after receipt of any records that are provided to you. The appeal should be marked, both on the envelope and the face of the appeal letter, with the legend "Freedom of Information Appeal." Your appeal should be accompanied by a copy of your original request and this letter, along with any information you have which leads you to believe the records do in fact exist, including where they might be found, if the location is known to you.

Sincerely,

/s/ Willie S. Chism

Willie S. Chism
Freedom of Information Act Officer
Office of Information Policy

Bcc: ASIA Surname, 100F, SOL-IA, Chron, THH RF

130:THartman:kb:219-4066:07/15/05
w:K:FOIA:foia06207Weismann on Skibine



CREW | citizens for responsibility
and ethics in washington

130

April 21, 2005

Willie Chism
U.S. Department of Interior
BIA Office of Information and Policy
625 Herndon Parkway
Herndon, Virginia 20170

**BY FAX: 703-735-4416**

Dear Ms. Chism:

Citizens for Responsibility and Ethics in Washington ("CREW") makes this request for records and information, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, et seq. This request is a follow-up to a FOIA request CREW directed to the Unites States Department of the Interior on April 5, 2005, and is made at the suggestion of Sue Ellen Sloca, Office of the Secretary, FOIA Officer.

This request relates to any contact, dating from January 1, 2001, to the present, that any of the individuals who occupied the following positions in DOI's Bureau of Indian Affairs from January 1, 2001, to the present may have had regarding the Agua Caliente Tribe of Palm Springs, California, the Tigua Tribe of El Paso, Texas, the Saginaw Chippewa Tribe of Michigan, the Mississippi Band of Choctaw Indians, the Coushatta Tribe of Louisiana, and the Jena Band of Choctaw Indians. More specifically, we are seeking information pertaining to efforts of any and all of the above-delineated tribes to receive DOI approval for gaming, including, but not limited to, any lobbying efforts by private individuals or members of Congress.

Director, IIT Office of American Indian Trust
Director, IAE Office of Audit and Evaluation
Deputy Director, IAE Office of Audit and Evaluation
Director, ISC Office of Self Governance
Compact Negotiation Manager, ISC Office of Self Governance
Compact Negotiation Specialist, ISC Office of Self Governance
Director, OIE Office of Indian Education Programs
Deputy Director, OIE Office of Indian Education Programs

2005-0313
05/9/05

Declaration of Willie S.
Chism - Exhibit C

04/21/2005 09:58   2025885563   CREW   PAGE 01

Director, OIE Office of Indian Education Programs
Deputy Director, OIE Office of Indian Education Programs
Chief, 13 Branch of Management Information Services
Chief, 30 Division of Planning/Oversight and Evaluation
Chief, 30 Branch of Planning
Deputy Commissioner of Indian Affairs
Director, 120 Congressional and Legislative Affairs
Legislative Coordinator, 120 Congressional and Legislative Affairs
Director, 130 Indian Gaming Management Staff
Secretary, 130 Indian Gaming Management Staff
Management Analyst, 130 Indian Gaming Management Staff
Director, Office of Trust Responsibilities
Director, Office of Information Resources Management
Director, Office of Tribal Services
Secretary, Division of Tribal Government Services
Chief, Branch of Tribal Enrollment
Chief, Branch of Tribal Relations
Director, Office of Management and Administration
Director, Office of Economic Development

Please search for responsive records regardless of format, medium, or physical characteristics. We seek records of any kind, including electronic records, audiotapes, videotapes, and photographs. Our request includes any telephone messages, voice mail messages, daily agenda and calendars, information about scheduled meetings and/or discussions, whether in-person or over the telephone, agendas for those meetings and/or discussions, participants included in those meetings and/or discussions, minutes of any such meetings and/or discussions, the topics discussed at those meetings and/or discussions, e-mail regarding meetings and/or discussions, e-mail or facsimiles sent as a result of those meetings and/or discussions, and transcripts or notes of any such meetings and/or discussions.

If it is your position that any portion of the requested records is exempt from disclosure, CREW requests that you provide it with an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1972). As you are aware, a *Vaughn* index must describe each document claimed as exempt with sufficient specificity "to permit a reasoned judgment as to whether the material is actually exempt under FOIA." *Founding Church of Scientology v. Bell*, 603 F.2d 945, 949 (D.C. Cir. 1979). Moreover, the *Vaughn* index must "describe each document or portion thereof withheld, and for each withholding it must discuss the consequences of supplying the sought-after information." *King v. U.S. Dep't of Justice*, 830 F.2d 210, 223-24 (D.C. Cir. 1987) (emphasis added). Further, "the withholding agency must supply 'a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply.'" *Id.* at 224 (citing *Mead Data Central v. U.S. Dep't of the Air Force*, 566 F.2d 242, 251 (D.C. Cir. 1977).

2

In the event that some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. *See* 5 U.S.C. §552(b). If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. *Mead Data Central*, 566 F.2d at 261. Claims of nonsegregability must be made with the same degree of detail as required for claims of exemptions in a *Vaughn* index. If a request is denied in whole, please state specifically that it is not reasonable to segregate portions of the record for release.

**Fee Waiver Request**

In accordance with 5 U.S.C. §552(a)(4)(A)(iii), CREW requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government and the disclosures will likely contribute to a better understanding of relevant government procedures by CREW and the general public in a significant way. Moreover, the request is primarily and fundamentally for non-commercial purposes. 5 U.S.C. §552(a)(4)(A)(iii). *See, e.g., McClellan Ecological v. Carlucci*, 835 F.2d 1282, 1285 (9th Cir. 1987). Specifically, these records are likely to contribute to the public's understanding of the process used by the Department of the Interior to approve tribal bids for casinos on Indian lands.

CREW is a non-profit corporation, organized under section 501(c)(3) of the Internal Revenue code. CREW is committed to the protection of the citizen's right to be aware of the activities of government officials and to ensuring the integrity of those officials. CREW is dedicated to empowering citizens to have an influential voice in government decisions and in the government decision-making process. CREW uses a combination of research, litigation, and advocacy to advance its mission. The release of information garnered through this request is not in CREW's financial interest. CREW will analyze the information responsive to this request, and will likely share its analysis with the public, either through memorandums, reports or press releases.

Under these circumstances, CREW fully satisfied the criteria for a fee waiver.

**Conclusion**

Please respond to this request in writing within twenty (20) working days as required under 5 U.S.C. §552(a)(6)(A)(I). If all of the requested documents are not available within that time period, CREW requests that you provide it with all requested documents or portions of documents which are available within that time period.

If you have any questions about this request or foresee any problems in releasing fully the requested records within the twenty-day period, please call either Anne Weismann or Melanie

3

Sloan at (202) 588-5565. Also, if CREW's request for a fee waiver is not granted in full, please contact our office immediately upon making such determination. Please send the requested documents to Melanie Sloan, Citizens for Responsibility and Ethics in Washington, 11 Dupont Circle, N.W., 2nd Floor, Washington, D.C. 20036.

Sincerely,

*[signature]*

ANNE L. WEISMANN

4

Declaration of Willie S. Chism - Exhibit D

FOIA #06206

JUL 2 9 2005

Ms. Anne L. Weismann
CREW
11 Dupont Circle, NW, 2nd Floor
Washington, DC 20036

Dear Ms. Weismann:

This letter is in response to your Freedom of Information Act (FOIA) request of April 21, 2005, regarding records pertaining to efforts of the Agua Caliente Tribe, Tigua Tribe, Saginaw Tribe, Mississippi Band of Choctaw Indians, Coushatta Tribe, and Jena Band of Choctaw Indians to receive approval for gaming.

Because of the broad and general nature of the subject of your request, we are unable to identify which records are being sought. Under our regulations (43 C.F.R. §2.8(a)(1)), the requester must describe the records in sufficient detail to enable an employee familiar with the subject area of the request to locate them with a reasonable amount of effort. Your request does not meet this requirement.

Please be more specific concerning the type of documents you are requesting within each program area or relative to each project. In addition, if such information is available, the request should include the date, title or name, author, recipient, and subject matter of the record. Moreover, the geographical location and time frame for which you are seeking records have not been defined. It is unclear whether your request covers only records in headquarters or in the Department of the Interior's field offices as well.

We will not proceed further with your request until we receive additional clarification from you. If you have any question, please contact the Office of Indian Gaming Management at (202) 219-4066.

Sincerely,

/s/ Willie S. Chism

Freedom of Information Act Officer
Office of Information Policy

Bcc: ASIA Surname, 100F, SOL-IA, Chron, THH RF

130:THartman:kb:219-4066:07/15/05   w:K:FOIA:foia06206weismann