UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND    :
ETHICS IN WASHINGTON               :
11 Dupont Circle, N.W.             :
Washington, D.C. 20036             :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :   Civil Action No. 05-02339 (RBW)
                                   :
U.S. DEPARTMENT OF INTERIOR        :
1849 C Street, N.W.                :
Washington, D.C. 20240             :
                                   :
        Defendant.                 :
_____:

**(Proposed) ORDER**

Having considered the Defendant's Motion for Partial Judgment on the Pleadings and Partial Summary Judgment, the Plaintiff's opposition thereto, and the entire record herein, it is hereby ORDERED that:

For the reasons set forth in the Court's opinion issued this day, Defendant's Motion is, and hereby shall be, DENIED.

SO ORDERED on this _____ day of _____, 2006

_____
REGGIE B. WALTON
United States District Judge