# DEFENDANT'S EXHIBIT 005

Sample Electronic Document released to CREW in first partial response of March 21, 2005 to CREW's narrowed March 18, 2005 Request (#02c197cq)





**JOHN JASPER**
10/22/2001 04:44 PM

To: EDITH BLACKWELL/HQ/SOL/DOI@DOI
cc: George Skibine/DC/BIA/DOI@BIA, Paula Hart/DC/BIA/DOI@BIA, RHONDA HARJO/HQ/SOL/DOI@DOI, Tom Hartman/DC/BIA/DOI@BIA, Michael Rossetti/SIO/OS/DOI@DOI
Subject: Re: Revenue Sharing [Virus checked]

Paula, as the sole keeper of the compact records, only you know whether the attached draft history hits all of the necessary high spots (within the constraint of being a "one-pager.") Let me know. Thanks.


revshar.wpd

EDITH BLACKWELL



**EDITH BLACKWELL**
10/18/01 03:26 PM

To: JOHN JASPER/HQ/SOL/DOI@DOI
cc: George Skibine/DC/BIA/DOI@BIA, Paula Hart/DC/BIA/DOI@BIA, RHONDA HARJO/HQ/SOL/DOI@DOI, Tom Hartman/DC/BIA/DOI@BIA
Subject: Re: Revenue Sharing

Sorry about the briefing package -- I had Linda do the copying and didn't ask for enough copies (initially they were only for Michael and Wayne.) I will have her make you one. See what Paula has but I believe the only question is revenue payments for exclusivity and not payments for the cost of regulation or payments to local governments for impact costs. If we have the information, on the latter two if would be useful to have but not lumped in with revenue sharing. ...Edith

JOHN JASPER



**JOHN JASPER**
10/18/01 02:33 PM

To: EDITH BLACKWELL/HQ/SOL/DOI@DOI
cc: George Skibine/DC/BIA/DOI@BIA, Paula Hart/DC/BIA/DOI@BIA, RHONDA HARJO/HQ/SOL/DOI@DOI, Tom Hartman/DC/BIA/DOI@BIA
Subject: Re: Revenue Sharing

No problem. A good start might be a copy of the briefing package that everyone (except me) had at the meeting yesterday. Also, do we want compacts that provide for any and all reimbusement payments to states (there's dozens) or only those with a revenue sharing agreement for "exclusivity" etc.
EDITH BLACKWELL



**EDITH BLACKWELL**
10/18/01 01:58 PM

To: George Skibine/DC/BIA/DOI@BIA
cc: JOHN JASPER/HQ/SOL/DOI@DOI, Paula Hart/DC/BIA/DOI@BIA, RHONDA HARJO/HQ/SOL/DOI@DOI, Tom Hartman/DC/BIA/DOI@BIA
Subject: Re: Revenue Sharing

John -- please work with Paula on Monday to get the information.

George Skibine@BIA

**George Skibine@BIA**
10/18/01 02:06 PM

To: EDITH BLACKWELL/HQ/SOL/DOI@DOI
cc: JOHN JASPER/HQ/SOL/DOI@DOI, Paula Hart/DC/BIA/DOI@BIA, RHONDA HARJO/HQ/SOL/DOI@DOI, Tom Hartman/DC/BIA/DOI@BIA
Subject: Re: Revenue Sharing

Edith: Paula Hart is on travel this week, and she unfortunately did not leave a number where she can be reached, but I know that she has compiled the information you are seeking. Paula should be back on Monday, and she can give you the info then. I can try to didg it out, but I do not know where in her office it is kept. THis may be more efficient thatn having John go through all the compacts to figure this out this afternoon or tomorrow...

EDITH BLACKWELL@DOI



**EDITH BLACKWELL@DOI**
10/18/01 01:37 PM

☐ Return receipt

To: JOHN JASPER/HQ/SOL/DOI@DOI
cc: RHONDA HARJO/HQ/SOL/DOI@DOI, George Skibine/DC/BIA/DOI@BIA, Tom Hartman/DC/BIA/DOI@BIA, Paula Hart/DC/BIA/DOI@BIA
Subject: Revenue Sharing

John -- Michael asked me today to come up with information regarding the compacts with revenue sharing in existence now and what is in the pipeline. Please prepare for me as soon as possible, a list of the states that current have revenue sharing agreements with tribes in their state, the percentage, and a description of the exclusivity. Also, please include a list of the pending or upcoming compacts with the same information. (New Mexico and Jena are the ones that come to mind, but please check for others.) Since the Secretary needs to be briefed next week on this, please try to get the information to me before cob tomorrow. Thanks....Edith

## History of IGRA Revenue Sharing for "Exclusivity":

# Exemption 5

 COPY



**EDITH BLACKWELL**
10/12/2001 09:20 AM

To: Michael Rossetti/SIO/OS/DOI@DOI
cc:
Subject: Re: Gaming meeting agenda

Yes, in the SOL conference room. I will get you some background material. E.

Michael Rossetti

**Michael Rossetti**
10/11/01 06:55 PM

To: EDITH BLACKWELL/HQ/SOL/DOI@DOI
cc:
Subject: Re: Gaming meeting agenda

I would like to read before the meeting. Is the meeting still at 2:30?
EDITH BLACKWELL



**EDITH BLACKWELL**
10/11/01 06:04 PM

To: Michael Rossetti/SIO/OS/DOI@DOI
cc:
Subject: Re: Gaming meeting agenda

Your formal invitation to the meeting next Tues. to discuss exclusivity. (I invited you before I spoke to George, oh well.) Let me know if you want some materials ahead of time. ....Edith

---- Forwarded by EDITH BLACKWELL/HQ/SOL/DOI on 10/11/01 06:05 PM ----

**George Skibine@BIA**
10/11/01 04:59 PM

To: EDITH BLACKWELL/HQ/SOL/DOI@DOI
cc:
Subject: Re: Gaming meeting agenda

Edith: FYI, Wayne Smith is interested in attending our meeting next Tuesday to discuss the revenue-sharing issue. Also, Derril called and said that he wanted an opportunity to meet with the ASOIA and the Deputy AS-IA to discuss this matter. He indicated that the management company had hired Haley Bartbour's firm to wigh in with big Republican guns . . .

If Wayne Smith attends the meeting next week, do you think that Michael Rossetti would be interested in attending as well. What do you think???


EDITH BLACKWELL@DOI



**EDITH BLACKWELL@DOI**
10/09/01 05:13 PM

To: George Skibine/DC/BIA/DOI@BIA
cc: DAVID B JOHNSON/HQ/SOL/DOI@DOI, JOHN JASPER/HQ/SOL/DOI@DOI, Paula Hart/DC/BIA/DOI@BIA, RHONDA HARJO/HQ/SOL/DOI@DOI, Tom Hartman/DC/BIA/DOI@BIA
Subject: Re: Gaming meeting agenda

☐ Return receipt

O.k. by me or I can try for the SOL conference room -- how many folks from gaming -- 3?

George Skibine@BIA

| | |
|---|---|
| **George Skibine@BIA**<br>10/09/01 05:24 PM | To: EDITH BLACKWELL/HQ/SOL/DOI@DOI<br>cc: DAVID B JOHNSON/HQ/SOL/DOI@DOI, JOHN JASPER/HQ/SOL/DOI@DOI, RHONDA HARJO/HQ/SOL/DOI@DOI, Paula Hart/DC/BIA/DOI@BIA, Tom Hartman/DC/BIA/DOI@BIA<br>Subject: Re: Gaming meeting agenda |

OK. TUesday, October 16, at 2:30 PM it is, then. Should we meet in your office, Edith???

EDITH BLACKWELL@DOI



| | |
|---|---|
| **EDITH BLACKWELL@DOI**<br>10/09/01 05:06 PM<br>☐ Return receipt | To: RHONDA HARJO/HQ/SOL/DOI@DOI<br>cc: DAVID B JOHNSON/HQ/SOL/DOI@DOI, George Skibine/DC/BIA/DOI@BIA, JOHN JASPER/HQ/SOL/DOI@DOI<br>Subject: Re: Gaming meeting agenda |

Next Tues. is good for me too.  ...Edith
RHONDA HARJO



| | |
|---|---|
| **RHONDA HARJO**<br>10/09/01 04:46 PM | To: George Skibine/DC/BIA/DOI@BIA<br>cc: DAVID B JOHNSON/HQ/SOL/DOI@DOI, EDITH BLACKWELL/HQ/SOL/DOI@DOI, JOHN JASPER/HQ/SOL/DOI@DOI<br>Subject: Re: Gaming meeting agenda |

Next Tuesday would be good, it will give us plenty of time before the brief is due and give me some time to finish Seminole this week and, if I can, get something together on revenue sharing.

Thanks.

Rhonda D. Harjo, Attorney-Advisor
Office of the Solicitor - Division of Indian Affairs
1849 C Street, N.W., MS-6456-MIB
Washington, DC  20240
ph:  202-219-1661
fx:   202-208-3490

George Skibine@BIA

| | |
|---|---|
| **George Skibine@BIA**<br>10/09/01 05:01 PM | To: JOHN JASPER/HQ/SOL/DOI@DOI<br>cc: DAVID B JOHNSON/HQ/SOL/DOI@DOI, EDITH BLACKWELL/HQ/SOL/DOI@DOI, RHONDA HARJO/HQ/SOL/DOI@DOI<br>Subject: Re: Gaming meeting agenda |

Thursday of this week is not good. We could do it tomorrow, Wednesday, October 10, but I would prefer doing it Friday, October 12, or next week, say, at 2:30 PM on Tuesday, October 16th, since there will be no gaming meeting next week. How's that?

JOHN JASPER@DOI



**JOHN JASPER@DOI**
10/09/01 04:19 PM
☐ Return receipt

To: RHONDA HARJO/HQ/SOL/DOI@DOI
cc: DAVID B JOHNSON/HQ/SOL/DOI@DOI, EDITH BLACKWELL/HQ/SOL/DOI@DOI, George Skibine/DC/BIA/DOI@BIA
Subject: Re: Gaming meeting agenda

I've got the IRS at 11 and 1 on Thursday, plus Jena Wednesday.
RHONDA HARJO



**RHONDA HARJO**
10/09/01 04:11 PM

To: EDITH BLACKWELL/HQ/SOL/DOI@DOI
cc: DAVID B JOHNSON/HQ/SOL/DOI@DOI, George Skibine/DC/BIA/DOI@BIA, JOHN JASPER/HQ/SOL/DOI@DOI
Subject: Re: Gaming meeting agenda

Sorry folks. I came to work thinking it was Monday and wondered why George was so earlier in his gaming agenda. No more holidays, I can't handle them, they mess me up. Anyway, I am available at any time on Wednesday (but Jena mtg is at 3 pm) and Thursday this week and Monday through Thursday next week.

Thanks.

Rhonda D. Harjo, Attorney-Advisor
Office of the Solicitor - Division of Indian Affairs
1849 C Street, N.W., MS-6456-MIB
Washington, DC 20240
ph: 202-219-1661
fx: 202-208-3490

EDITH BLACKWELL



**EDITH BLACKWELL**
10/09/01 04:03 PM

To: RHONDA HARJO/HQ/SOL/DOI@DOI
cc: George Skibine/DC/BIA/DOI@BIA, DAVID B JOHNSON/HQ/SOL/DOI@DOI, JOHN JASPER/HQ/SOL/DOI@DOI
Subject: Re: Gaming meeting agenda

Rhonda -- We missed you at the gaming meeting. What came up? I did raise the Indian lands issue. We need to get together to discuss the exclusivity issue. I think we need to talk about it before the Artichoke Joe's brief is filed. What is a good time for everyone? ....Edith

RHONDA HARJO



**RHONDA HARJO**

To: George Skibine/DC/BIA/DOI@BIA

 10/09/01 03:12 PM    cc: EDITH BLACKWELL/HQ/SOL/DOI@DOI, MARCIA KIMBALL/TWC/SOL/DOI@DOI
Subject: Re: Gaming meeting agenda

It may not be pending as an "INdian lands opinion" any more, but do we need to discuss GTB and get the AS-IA's views on continuing this litigation? It is on his radar screen. Edith, did you get a chance to talk to Wayne? At any rate, I don't think we came up with consensus among SOL/OIGM on the defense of the opinion, altho' I think we did on the counterclaim. I have not talked to Chuck or Ed on this. I know Ed has been busy with the California compacts. Has anyone else?

Thanks.

Rhonda D. Harjo, Attorney-Advisor
Office of the Solicitor - Division of Indian Affairs
1849 C Street, N.W., MS-6456-MIB
Washington, DC 20240
ph: 202-219-1661
fx: 202-208-3490

George Skibine@BIA

**George Skibine@BIA**    To: George Skibine/DC/BIA/DOI@BIA
10/09/01 01:38 PM    cc: Daphne Berwald/DC/BIA/DOI@BIA, DAVID B JOHNSON/HQ/SOL/DOI@DOI, EDITH BLACKWELL/HQ/SOL/DOI@DOI, Jean Maybee/DC/BIA/DOI@BIA, JOHN JASPER/HQ/SOL/DOI@DOI, MARIA WISEMAN/HQ/SOL/DOI@DOI, MARY ANNE KENWORTHY/HQ/SOL/DOI@DOI, Nancy Pierskalla/DC/BIA/DOI@BIA Neal McCaleb/DC/BIA/DOI@BIA, Nedra Darling/DC/BIA/DOI@BIA, Paula Hart/DC/BIA/DOI@BIA, RHONDA HARJO/HQ/SOL/DOI@DOI, Sharon Blackwell/DC/BIA/DOI@BIA, SUZANNE SCHAEFFER/HQ/SOL/DOI@DOI, Tom Hartman/DC/BIA/DOI@BIA, Tona Wilkins/DC/BIA/DOI@BIA, Wayne Smith/DC/BIA/DOI@BIA
Subject: Re: Gaming meeting agenda

Following is the proposed agenda for this afternoon's gaming meeting with the AS-IA at 2:00 PM in Eoom 4145:

1. 1. Update on pending compacts:

    a. Standing Rock Sioux Tribe and State of South Dakota (due 11/2/01)
    b. Discussion of Artichocke Joe lawsuit revenue sharing argument in connection with upcoming compacts    c. Jena Band of Louisiana draft compact
    c. Upcoming New Mexico Compacts

2. Update on Class III procedures

    a. Seminole and Miccosukee Tribes of Florida scope of gaming opinion
    b. Santee Sioux Tribe of Nebraska
    c. Colville Tribes of Washington

3. Withdrawal of authority from Regional Directors to approve "gaming-related" lanc acquisitions

4. Update on Poarch Band litigation
5. H.R. 2244 (Wolf Bill)
6. Dale Little Soldier EA
7. Suquamish EA
8. Pending Indian lands opinions
9. IRS meeting
10. Misc other matters



 **EDITH BLACKWELL**  
06/25/2001 04:52 PM

To: Chris Kearney/SIO/OS/DOI@DOI, Michael Rossetti/SIO/OS/DOI@DOI  
cc:  
Subject: Legislative Impact Update - News Clip

FYI.

----- Forwarded by EDITH BLACKWELL/HQ/SOL/DOI on 06/25/01 04:56 PM -----

 **Jackie Cheek@BIA**  
06/25/01 04:45 PM

To: Cora Jones/Aberdeen/BIA/DOI@BIA, Elouise Chicharello/ALBUQUERQUE/BIA/DOI@BIA, Frank Keel/DC/BIA/DOI@BIA, Keith Beartusk/BILLINGS/BIA/DOI@BIA, Larry Morrin/MINNEAPOLIS/BIA/DOI@BIA, Niles Cesar/JUNEAU/BIA/DOI@BIA, Rob Baracker/ALBUQUERQUE/BIA/DOI@BIA, Robert Impson/ANADARKO/BIA/DOI@BIA, Ron Jaeger/PHOENIX/BIA/DOI@BIA, Stanley Speaks/PORTLAND/BIA/DOI@BIA, Wayne Nordwall/PHOENIX/BIA/DOI@BIA, George Skibine/DC/BIA/DOI@BIA, EDITH BLACKWELL/HQ/SOL/DOI@DOI, RHONDA HARJO/HQ/SOL/DOI@DOI, Marge Wilkins/DC/BIA/DOI@BIA, Nedra Darling/DC/BIA/DOI@BIA, Brian Pogue/DC/BIA/DOI@BIA, Jim D James/DC/BIA/DOI@BIA  
cc: Sharon Blackwell/DC/BIA/DOI@BIA, James McDivitt/DC/BIA/DOI@BIA  
Subject: Legislative Impact Update - News Clip



Hi!

The news article below is in reference to the bill listed here that was introduced on Tuesday, June 19, 2001.

Jackie

**H.R. 2244: To amend the Indian Gaming Regulatory Act to require State legislature approval of new gambling facilities, to provide for minimum requirements for Federal regulation of Indian gaming, to set up a commission to report to Congress on current living and health standards in Indian country, and for other purposes.** Sponsor: Representative Frank R. Wolf (R-10th VA), Referred to House Committee on Resources

```
+ + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + + +
BILOXI - U.S. Rep. Frank Wolf, R-Va., is looking to take away governors'
autonomy on the expansion of gambling on Indian reservations.

In Mississippi, at least in the short term, that could be good for the
Mississippi Band of Choctaw Indians.

Wolf introduced a bill last week that would bring state legislatures into
the decision-making when a tribe seeks to expand its reservation to add a
```

casino. As it is now, governors have sole discretion on whether to ask the Interior Department and, ultimately, Congress to allow Indian casinos in their states.

In each state, tribes need to convince only the governor that a casino is suitable for a community. There is little or nothing that other elected officials, state or local, can do about it, short of lobbying Congress.

"This legislation goes a long way in giving local communities a voice on whether or not large-scale tribal gambling should be allowed in their communities," Wolf said in announcing his bill.

In Mississippi, that would work in favor of the Choctaw Indians, if they needed to play that card. Gov. Ronnie Musgrove has made it clear he won't support the expansion of Indian casinos to other parts of the state. The Legislature could see things differently.

Efforts to get a comment about Wolf's legislation from Musgrove's office Friday were unsuccessful.

The Choctaws have one casino, the Silver Star, on their 30,000-acre reservation near Philadelphia, Miss., and another one, the Golden Moon, is under construction as the first phase of a $750,000 resort development.

Some people on the Coast have speculated that someday the tribe might try to build a casino on property it owns in Jackson County, off Interstate 10 north of Ocean Springs. The tribe's representatives have said there are no plans for a Coast casino at this time.

Musgrove's anti-casino stance, however, has kept out competition.

The Jena Choctaws from Louisiana would like to put a casino near the Alabama line near Tupelo. Musgrove has said he won't support it.

Phillip Martin, chief of the Mississippi Band of Choctaw Indians, could not be reached Friday, but Nell Rogers, who monitors legislative matters for the Choctaws, said the tribe will keep an eye on Wolf's bill.

She said Wolf doesn't have much momentum, and she is not alarmed by it.

The legislation also proposes an advisory committee to craft "minimum federal standards" for regulation in security, game integrity, accounting and auditing.

"Most tribes, living in areas that are not economically viable for a casino, continue to live in awful poverty, plagued by disease, infant mortality, unemployment and a lack of educational opportunities," Wolf said.

Rogers would not respond specifically to Wolf's claims, but said, "I can't speak for Chief Martin or the tribe, but I think most tribes would say that Congressman Wolf has a lack of understanding about how gaming operates."

States were first required to negotiate gambling compacts with recognized tribes in 1988, when Congress passed the Indian Gaming Regulatory Act. Of the 29 states with Indian casinos, only Idaho, New Mexico and New York conduct their compact negotiations through their legislatures.

Wolf's bill has been endorsed by the National Coalition Against Legalized

Gambling and anti-gambling organizations in Alabama, Kansas, Maryland, Michigan, Missouri and Wisconsin.