# DEFENDANT'S EXHIBIT 006

# Declaration of Kawenniiosta Boots

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF THE INTERIOR, )<br>)<br>Defendant. ) | Case No. 1: 05CV02339<br>(Judge Walton) |

DECLARATION OF KAWENNIIOSTA BOOTS

I, Kawenniiosta Boots, hereby declare as follows:

    1. I am the Secretary for the Office of Indian Gaming Management (OIGM), in the Office of the Assistant Secretary – Indian Affairs (AS-IA) at the United States Department of the Interior (Department), a position I have held since September 2004.

    2. As Secretary for the OIGM, I am responsible for mailing letters that are prepared by the OIGM. This includes placing the letters in an addressed envelope with sufficient postage and depositing them in the U.S. Mail.

    3. I am also responsible for maintaining chronological files, which include copies of the final, signed versions of letters that are prepared and sent by the OIGM in response to FOIA requests.

    4. The presence in the files of a final, signed version of a letter indicates that it was mailed.

5. Attached hereto is a true and correct copy of a letter from the files to Ms. Anne L. Wiesmann, dated July 29, 2005.

6. All of the information set forth in this declaration is based upon my personal knowledge or upon information furnished to me in my official capacity.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June 2006.

_____
Kawenniiosta Boots

2

 

United States Department of the Interior
OFFICE OF THE SECRETARY
Washington, DC 20240

FOIA #06206

JUL 29 2005

Ms. Anne L. Weismann
CREW
11 Dupont Circle, NW, 2nd Floor
Washington, DC 20036

Dear Ms. Weismann:

This letter is in response to your Freedom of Information Act (FOIA) request of April 21, 2005, regarding records pertaining to efforts of the Agua Caliente Tribe, Tigua Tribe, Saginaw Tribe, Mississippi Band of Choctaw Indians, Coushatta Tribe, and Jena Band of Choctaw Indians to receive approval for gaming.

Because of the broad and general nature of the subject of your request, we are unable to identify which records are being sought. Under our regulations (43 C.F.R. §2.8(a)(1)), the requester must describe the records in sufficient detail to enable an employee familiar with the subject area of the request to locate them with a reasonable amount of effort. Your request does not meet this requirement.

Please be more specific concerning the type of documents you are requesting within each program area or relative to each project. In addition, if such information is available, the request should include the date, title or name, author, recipient, and subject matter of the record. Moreover, the geographical location and time frame for which you are seeking records have not been defined. It is unclear whether your request covers only records in headquarters or in the Department of the Interior's field offices as well.

We will not proceed further with your request until we receive additional clarification from you. If you have any question, please contact the Office of Indian Gaming Management at (202) 219-4066.

Sincerely,

Willie A. Chism

Freedom of Information Act Officer
Office of Information Policy