UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2339 (RBW) |
| DEPARTMENT OF THE INTERIOR, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

In accordance with the forthcoming Memorandum Opinion, it is hereby

**ORDERED** that the defendant's motion for partial judgment on the pleadings is GRANTED. It is further

**ORDERED** that the defendant's motion for partial summary judgment is GRANTED. It is further

**ORDERED** that this case is DISMISSED.

**SO ORDERED** this 30th day of July, 2007.

REGGIE B. WALTON
United States District Judge